## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KRISTEN WILLIAMS,

     Plaintiff,

v.                              Case No: 8:20-cv-1001-JSM-AEP

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

     Defendant.

_____

## <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. 33).   The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. 33) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.     Defendant United of Omaha Life Insurance Company's Motion for Summary Judgment (Dkt. 22) is GRANTED.

3.     Plaintiff Kristen Williams's Motion for Summary Judgment (Dkt. 23) is DENIED.

4.     The Clerk shall enter Final Judgment in favor of Defendant United of Omaha Life Insurance Company and against Plaintiff Kristen Williams.

5.     The Clerk is directed to close this case and terminate all deadlines.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of April, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies Furnished To**</u>:
Counsel/Parties of Record